# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 15, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138161(52)(54)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

V

ANTHONY MARION REDD,
      Defendant-Appellant.

_____

SC: 138161
COA: 283934
Oakland CC: 2007-215277-FH

On order of the Chief Justice, motions by defendant-appellant for extension of the time for filing his brief and appendix are considered and they are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2009

_____
Clerk